STATE OF NEW JERSEY v. JOHN WELSH, JR.

June 12, 1979.   Petition for certification granted.   (See 167 *N.J.Super.* 233)

BURLINGTON COUNTY ABSTRACT COMPANY v. QMA ASSOCIATES, INC.

June 12, 1979.   Petition for certification denied.   (See 167 *N.J.Super.* 398)

EDWARD BARBOUR v. BOARD OF REVIEW.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY v. NORMAN LIND, JR.

June 12, 1979.   Petition for certification denied.

STATE OF NEW JERSEY *v.* JOHN HOWE.

June 12, 1979.   Petition for certification denied.

RICHARD G. KIRK v. JOSEPH MATTIACCIO.

June 12, 1979.   Petition for certification denied.